**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | } } |
| Plaintiff, | } |
| | } CIVIL ACTION NO. 6:18-cv-00338-RWS |
| v. | } } |
| PULMONARY SPECIALISTS OF TYLER, PA AND SLEEP HEALTH DME LLC, | } } |
| Defendant | } } |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

COME NOW the Plaintiff, U.S. Equal Employment Opportunity Commission, and Defendants Pulmonary Specialists of Tyler, P.A. and Sleep Health DME LLC, and pursuant to the Court's Order of March. 12, 2019 (Dkt. 28), file this Joint Motion for Entry of Consent Decree. The parties have signed and filed the proposed Consent Decree with this Court (Dkt. 29). The Consent Decree resolves all issues raised in this matter.

By this Joint Motion for Entry, the parties respectfully request that the Court sign and enter the Consent Decree.

RESPECTFULLY SUBMITTED,

/s/ Suzanne M. Anderson
SUZANNE M. ANDERSON
Supervisory Trial Attorney
Texas Bar No. 14009470
EEOC
207 S. Houston Street
Dallas, TX 75202
(214) 253-2740

/s/ William S. Hommel, Jr.
WILLIAM S. HOMMEL JR
State Bar No. 09934250
Hommel Law Firm
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
903-596-7100
469-533-1618 Facsimile

FOR THE PLAINTIFF                    FOR THE DEFENDANT

CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2019, I electronically filed the foregoing document with the U.S. District Court for the Eastern District of Texas, suing the electronic case filing system of the Court. This system sent a Notice of Electronic Filing to the attorney of record for the Defendants, who have consented inwriting to accept this Notice as service of the document.

      /s/ Suzanne M. Anderson
      SUZANNE M. ANDERSON